UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | Civil Action No. 24-2343 (RDM) |

**DEFENDANT'S SUPPLEMENT TO JOINT STATUS REPORT**

　　Defendant respectfully supplements the parties' joint status report (ECF No. 12) with the following information regarding the effect of any consults on processing: If the records at issue wind up being news articles, as expected, then consultations are not foreseen, but Defendant cannot know for sure at this time exactly what the records are, as the review process is still underway and will remain so for some time.  It would be imprudent for Defendant to commit to the stipulation Plaintiffs seek before they know just what the records at issue are.

　　　　　　　　　　　　　*　　*　　*

Dated: September 12, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *John J. Bardo*
     JOHN J. BARDO
     D.C. Bar # 1655534
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 870-6770

*Attorneys for the United States of America*