UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | Civil Action No. 24-2343 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's April 25, 2025 minute order, Plaintiffs the Heritage Foundation and Mike Howell, and Defendant the Department of Homeland Security, respectfully submit this Joint Status Report. The Parties report as follows:

1. Defendant is considering Plaintiffs' most recent demand for attorney's fees and costs.

2. The parties respectfully propose filing another joint status report in thirty days, on August 1, 2025.

Dated: July 2, 2025
Washington, DC

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email : samueledewey@sedchambers.com

*Attorney for Plaintiffs*

Respectfully submitted,

JEANNINE FERRIS PIRRO
United States Attorney

By:     */s/ John J. Bardo*
JOHN J. BARDO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*